IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEROY PORTER,** | : | **CIVIL NO. 1:14-CV-1675** |
| Plaintiff | : | |
| v. | : | **(Judge Rambo)** |
| **DONNA ZICKEFOOSE,** Warden, *et al.*, | : | **(Magistrate Judge Mehalchick)** |
| Defendants | : | |

# **O R D E R**

Before the court is an August 10, 2015 report and recommendation (Doc. 30) by the magistrate judge to whom this matter was referred in which she recommends that Defendants' motion to dismiss and/or for summary judgment (Doc. 19) be granted in part and denied in part, and that Plaintiff's motion for an evidentiary hearing (Doc. 26) be denied. Objections to the report and recommendation were due no later than August 27, 2015 and, to date, no objections have been filed.

Therefore, upon independent review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Mehalchick (Doc.30).

2) Defendants' motion to dismiss and/or for summary judgment (Doc. 19) is **GRANTED IN PART** and **DENIED IN PART** as follows:

       c+'Fghgpfcpvuø'oqvkqp'hqt'uwooct{'lwfiogpv'**DENIED**"cu'kv"
rgtvckpu'vq'Rqtvgtøu'gzeguukxg'hqteg'encko"cickpuv'Fghgpfcpv'Owjngt.'
ykjqwv'rtglwfkeg'vq'hkrkpi"c"uwdugswgpv'oqvkqp'hqt'uwooct{'lwfiogpv'
chvgt'fkueqxgt{'jcu'dggp'eqorngvgf"=cpf

       d+'Fghgpfcpvuø'oqvkqp'vq'fkuokuu'cpf1qt'hqt'uwooct{'lwfiogpv'ku'
**GRANTED**"cu'vq'cm'qyjgt'Fghgpfcpvu'cpf'Fghgpfcpv'Egtpg{.'Engpmk'
Etki.'Gff{.'Icdtkgmqp.'Jgcvj.'Jqwgpuvgp.'Jwijgu.'Lgpmkpu.'Lqjpuqp.'
Octt.'Ujkrqj.'Ukorngt.'Vgorng.'cpf'\kmghqqug'ctg'fkuokuugf'htqo'vjku'
cevkqp0

4+'Rnckpvkhhøu'oqvkqp'hqt'cp'gxkfgpvkct{'jgctkpi"*Fqe0'48+'ku'**DENIED**0

5+'Vjku'ocwgt'ku'tgocpfgf'vq'Ocikuvtcvg'Lwfig'Ogjcnejkem0

                                                             ulU{nxkc'J0'Tcodq
                                                             Wpkvgf'Uvcvgu'Fkuvtkev'Lwfig

Fcvgf<'Ugrvgodgt'4.'42370